NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY CASTON-GOODJOHN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7107

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1190, Judge Ronald M. Holdaway.

---

## ON MOTION

---

## O R D E R

Before LINN, DYK, AND PROST, *Circuit Judges.*

PER CURIAM.

Mary Caston-Goodjohn petitions for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition is denied.

FOR THE COURT

JUL   8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mary Caston-Goodjohn
     Jane C. Dempsey, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 8 2011

JAN HORBALY
CLERK